# PD-0953-15

CASE No. 09-13-00459-CR

TRIAL No. 13-03-03256-CR

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 27 2015

Abel Acosta, Clerk

IN THE TEXAS COURT

OF

CRIMINAL APPEALS

AUSTIN, TEXAS

## MOTION FOR EXTENSION OF TIME TO FILE

## PETITION FOR DISCRETIONARY REVIEW

LONNIE J. JONES Jr.

(PETITIONER)

vs.

THE STATE OF TEXAS

(APPELLEE)

FILED IN
COURT OF CRIMINAL APPEALS

JUL 27 2015

Abel Acosta, Clerk

LONNIE J. JONES Jr.
TDCJ # 1889803
(PRO SE)

LONNIE JAMES LONES Jr.           §    IN THE TEXAS COURT
                                 §
                                 §    OF
vs.                              §
                                 §    CRIMINAL APPEALS
                                 §
THE STATE OF TEXAS               §    AUSTIN, TEXAS


### MOTION FOR EXTENSION OF TIME TO FILE
### PETITION FOR DISCRETIONARY REVIEW


**TO THE HONORABLE JUDGE OF SAID COURT:**

    **NOW COMES,** LONNIE JAMES JONES Jr., APPELLANT-PETITIONER IN THE ABOVE STYLED AND NUMBERED CAUSE, MOVES THIS COURT TO GRANT AN EXTENSION OF TIME TO FILE A PETITION FOR DISCRETIONARY REVIEW, PURSUANT TO RULE 68.2(c) OF THE TEXAS RULES OF APPELLATE PROCEDURE, AND FOR GOOD CAUSE SHOWS THE FOLLOWING:

1.) THIS CASE WAS ON APPEAL IN THE COURT OF APPEALS FOR THE NINTH (9th) DISTRICT.

2.) THE JUDGEMENT WAS MADE ON JUNE 24, 2015.

3.) THE CASE WAS STYLED LONNIE JAMES JONES Jr. vs. THE STATE OF TEXAS, CASE No. 09-13-00459-CR.

4.) NO MOTION FOR REHEARING -or- EN BANC CONSIDERATION WAS FILED IN THIS CASE.

5.) PETITIONER REQUEST THE COURT TO GRANT A SIXTY (60) DAY TIME EXTENSION.

6.) PETITIONER HAS LIMITED ACCESS TO COURTS, (LAW LIBRARY TIME), DUE TO OVER CROWDED FACILITY, ON-OFF ROLLING SECURITY LOCKDOWNS.

7.) PETITIONER IS A PRO SE LITIGANT WITH LIMITED LAW SKILLS, HAVING TO RELY ON DIALATORY – ELECTRONIC ACCESS TO UPDATE CASE LAW – MATERIALS NEEDED AND SHOULD NOT BE HELD TO THE STRINGENT STANDARDS OF A LICENSED ATTORNEY.

8.) THIS CASE WAS ORIGINALLY A THIRD (3rd) DEGREE FELONY ENHANCED TO FIRST (1st) DEGREE, (5 - 99), PUNISHMENT - WHERE PETITIONER SUFFERED FORTY (40) YEAR T.D.C.J.-C.I.D. CONFINEMENT.

9.) PETITIONER IS CURRENTLY INCARCERATED.

10.) PETITIONER, TO DATE, IS DILIGENTLY EXAMINING THE APPELLANT BRIEF AND ALL LOWER COURT PROCEEDINGS AND REQUIRES ADDITIONAL TIME TO SUFFICIENTLY ANALYZE MATERIAL CONTAINED THEREIN IN ORDER TO EFFECTIVELY PREPARE A MEANINGFUL PETITION IN THIS CASE.

11.) PETITIONER HAS A DOCUMENTED HISTORY OF MENTAL HEALTH ILLNESS AND TO DATE SUFFERS FROM SUCH - ESSENTIALLY REQUIRES EXTRA TIME TO PERFECT A PETITION FOR DISCRETIONARY REVIEW.

12.) PETITIONER'S DISCRETIONARY REVIEW IS PRESENTLY DUE ON JULY 24, 2015.

13.) PETITIONER RESPECTFULLY REQUEST AN EXTENSION OF TIME TO FILE HIS PETITION FOR DISCRETIONARY REVIEW OF SIXTY (60) DAYS **FROM** THE PRESENT DUE DATE OF JULY 24, 2015.

**WHEREFORE PREMISES CONSIDERED,** PETITIONER PRAYS THAT THE COURT GRANTS THIS MOTION FOR EXTENSION OF TIME TO FILE A PETITION FOR DISCRETIONARY REVIEW, AND FOR SUCH OTHER -and/or- FURTHER RELIEF AS THE COURT DEEM APPROPRIATE.

RESPECTFULLY SUBMITTED,

LONNIE JAMES JONES Jr.
TDCJ # 1889803
H.H. COFFIELD UNIT
2661 FM 2054
TENNESSEE COLONY, TEXAS
75884-5000

## CERTIFICATE OF SERVICE

I, LONNIE JAMES JONES Jr., TDCJ # 1889803, PRESENTLY CONFINED IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE – C.I.D. AT THE H.H. COFFIELD UNIT IN ANDERSON COUNTY, DECLARE UNDER THE PENALTY OF PERJURY AND CERTIFY THAT A TRUE AND CORRECT COPY (TOTALING 3 pages) OF THE ENCLOSED INSTRUMENT, MOTION FOR EXTENSION OF TIME, WAS PLACED IN THE PRISON LEGAL MAILING SYSTEM ON JULY 23, 2015, TO FORWARD via U.S.P.S. FIRST CLASS POSTAGE TO: TEXAS COURT OF CRIMINAL APPEALS, ATTN: "ABEL ACOSTA" (CLERK), P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711-2308.

LONNIE JAMES JONES Jr.
TDCJ # 1889803
H.H. COFFIELD UNIT
2661 FM 2054
TENNESSEE COLONY, TEXAS
75884-5000


## UNSWORN DECLARATION

I, LONNIE JAMES JONES Jr., AM THE PETITIONER AND BEING PRESENTLY INCARCERATED IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE – C.I.D., DECLARE UNDER PENALTY OF PERJURY THAT, ACCORDING TO MY BELIEF, THE FACTS STATED IN THE ABOVE AND FOREGOING ARE TRUE AND CORRECT.

SIGNED ON JULY 23, 2015.

LONNIE JAMES JONES Jr.
TDCJ # 1889803
(PRO SE)